# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

WILSON O. PETERS,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01055-RFB-VCF

**ORDER**

Petitioner, through counsel, filed an amended petition in this habeas corpus proceeding (ECF #8). Respondents seek an extension of time to respond to the amended petition (ECF #17). Good cause appearing, respondents' motion is granted.

Petitioner has also filed a *pro se* motion for stay, in which he argues, without elaboration, that his counsel has not corrected inaccuracies in his amended petition (ECF #18). Petitioner may not file papers in proper person while represented by counsel, *see* Local Rule IA 10-6(a), and therefore, the motion shall be stricken.

**IT THEREFORE IS ORDERED** that respondents' second motion for extension of time (ECF #17) is **GRANTED**. Respondents shall file and serve their response to the amended petition on or before July 22, 2015.

**IT FURTHER IS ORDERED** that respondents' first motion for extension of time (ECF #16) is **GRANTED** *nunc pro tunc*.

**IT FURTHER IS ORDERED** that petitioner's *pro se* motion to stay (ECF #18) is **STRICKEN**.

**DATED** this 30th day of June, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**